IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUL 19 A 8:47

Candy L Jones #County #54024 TR
Full name and prison number
of plaintiff(s)

v.

Johnny B Davis Attorney at Law
Judge John Steensland

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:05 CV662-T
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (   )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (✓)  NO (   )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) Candy L Jones

            Defendant(s) Johnny B Davis Attorney At Law.

        2.  Court (if federal court, name the district; if
            state court, name the county) Houston County

3. Docket number _CV 2005 000270.00_

4. Name of judge to whom case was assigned _Sidney E. Jackson_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _It is still pending_

6. Approximate date of filing lawsuit _5-5-2005_

7. Approximate date of disposition _5-25-2005_

II. PLACE OF PRESENT CONFINEMENT _Houston County Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Houston County Jail_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                          ADDRESS
1. _Johnny B Davis- 183 Kings Court- Ozark AL, 36360_
2. _Judge Steensland John- P.O Box 6406 Dothan AL, 36302_
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _July 6 2004 - 7-6-2004 and in 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _My Medical Care was Denied by Houston County Courts. And I have a Dr Saying on my medical Records that I need Surgery and I need Medical treatment._

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I was suppose to have surgery, But I was incarcerated in Houston County Jail Before I could have the surgery. I put a motion in the courts of Houston County for Medical Help. My motion for Medical care was Denied. I have been incarcerated for a year with out the Medical

**GROUND TWO:** Care I need. From 7-6-2004 to 7-15-2005 and still have until the year 2007 left to go. I am

**SUPPORTING FACTS:** incarcerated on 12 Misdemeanor checks. In the courts of Houston county, Judge Steensland Denied me Medical care. I draw disablity and have other health problems I need Medical care ~~with~~ Help with. (Supporting facts) are Court case files where Medical care was Denied, Transcript, And where I need medical care, Dr Records can prove that!

**GROUND THREE:** (Johnny B Davis) Attorney At Law was appointed to

**SUPPORTING FACTS:** my 12 Misdemeanor checks case. My rights were violated when Johnny B Davis failed to Represent me By not showing up for Court Days. By MisRepresentation, Neglect, Bad faith and Fraud. ~~A~~ Reason give for my probation being pulled and the Courts putting me in Jail is said I failed to coorporate with CRO by not going to ~~hea~~ haven. But I did not fail to coorporate with CRO, I was Incarcerated. And when I was court order to go to haven (I was Behind) Bars and cannot make Iron Bars open up so I can go to haven. And I have NO drug Record, And have no drug problem. Second Reason given for Incarcerating me was ~~they~~ Court said I did not make my payments. Well ~~if~~ Johnny B Davis would have Represented me and Shown up for Court. The courts would have know I made my payments. I have every Reciet when I made my payments. (Supporting facts) Reciets-Court Records)

3

I had No Legal Representation, I Did not get a fair sentencing by the Judge. I have allReady pulled a year on 12 Misdemeanor checks.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the Courts to help me get the Medical Care that I need, while incarcerated in Houston County. And I want the Courts to help me get (a fair or any Legal) Representation, on my 12 Check cases Misdemeanors. Because the Attorney that was appointed, misRepresented, would not show up for Court days, He neglected my case, And Falsely Represented my case. Because I made my payments.

_Candy L Jones_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___7-15-2005___.
(Date)

_Alice Beverly Reynolds_          _Candy L Jones_
                                  Signature of plaintiff(s)

MY COMMISSION EXPIRES
FEBRUARY 6, 2006

4