IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2005 JUL 19 A 8:47

_Candy L Jones_ )
_____ )
_____ )
_____ )
**Plaintiff(s)** )
) CA.1:05cv662-T
)
v. )
_Judge Steensland_ )
_Johnny B Davis - Attorney at Law_ )
_____ )
_____ )
**Defendant(s)** )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _Candy L Jones_ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Alice Beverly Reynolds_          _Candy L Jones_
                                    Plaintiff(s) signature

MY COMMISSION EXPIRES
FEBRUARY 6, 2006

# UNITED STATES DISTRICT COURT

District of __Alabama__

_THE MIDDLE_

**Candy L Jones**

Plaintiff

v.

**Judge Steensland and Johnny B Davis**

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 12 Misdemeanor check cases
OC 2003-79-81
OC 2003-1229-1236
OC 2003-2591
CV 2005 000 270:00

I, __Candy L Jones__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Houston County Jail__

    Are you employed at the institution? __No__    Do you receive any payment from the institution? __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    _I draw disability. When I was incarcerated Disability stops until I get out._

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or workers compensation payments | ☑ Yes | ☑ No |
    | e. | Gifts or inheritances | ☐ Yes | ☑ No |
    | f. | Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Clayton Jones is my child.
   Caleb Jones is my child.
   I am Mother to the 2 children.
   I draw disability, but it was stoped while I am incarceration. when I was not incarceration all my money went to on the support of my children.

I declare under penalty of perjury that the above information is true and correct.

_7-15-2005_   _Carol L Jones_
   Date                              Signature of Applicant

Alice Beverly Reynold

MY COMMISSION EXPIRES
FEBRUARY 6, 2006

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                                                          RECEIVED

                                                      2005 JUL 19 A :48
ACR0367   ALABAMA  JUDICIAL  INFORMATION  CENTER
              CASE ACTION SUMMARY                   CASE: DC 2003 001229.00
                 CONTINUATION                       JUDGE ID: BEM

STATE OF ALABAMA                          VS    JONES CANDY L
  DATE          ACTION, JUDGMENTS, CASE NOTES
```

| Date | Action |
|---|---|
| 4-21-04 | Motion for alias by CCO |
| 5-12-04 | Motion granted: No bond |
| 5-13-04 | alias iss |
| 7-6-04 | Rec-alias |
| 7-7-04 | Defendant before the Court and advised of his/her rights, Hon. ~~is appointed counsel for the Defendant~~  S Dan 7/7/4  Rev. hrg set 7-26-04 8:30 a.m.  ~~DISTRICT JUDGE~~, JUDGE |
| 07-26-2004 | Defendant appeared before the Court, after receiving evidence the Court finds that the Defendant willfully failed to pay his fines and costs, suspended sentence is revoked. Defendant ordered to serve out his sentence and then serve out his fines and costs at the rate of $25.00 per day. Defendant's motion to reinstate is hereby denied. Clerk to notify. |
| 07-26-04 | cc/ |
| ~~9-15-04~~ | ~~Motion for Court Ordered~~ , JUDGE |
| 9-15-04 | Motion for Court ordered to have medical treatment |
| 10-25-04  S Dan 10/24/4 | Motion for Court ordered medical treatment is hereby denied. Clerk to notify. , JUDGE |

```
                       HOUSTON COUNTY JAIL
                       Resident Account Summary
                       Monday, May 16, 2005  @21:26

For CIN: 54024    JONES, CANDY LADAWN
--------------------------------------------------------------------------------
  Date      Transaction Description             Amount   Balance   Owed    Held   Reference
--------------------------------------------------------------------------------
04/30/2005 MEDCO     TYLENOL                      0.50    0.00    574.00   0.00
04/30/2005 MEDCO     ANTACID                      0.50    0.00    573.50   0.00
04/30/2005 MEDCO     TYELNOL X 4                  2.00    0.00    573.00   0.00
04/20/2005 MEDCO     LPN  BACTRIM 041105          6.00    0.00    571.00   0.00
04/17/2005 MEDCO     TYLENOL                      0.50    0.00    565.00   0.00
04/17/2005 MEDCO     ANTACID X 2                  1.00    0.00    564.50   0.00
04/17/2005 MEDCO     TYLENOL X 3                  1.50    0.00    563.50   0.00
04/17/2005 MEDCO     TYLENOL X 10                 5.00    0.00    562.00   0.00
04/17/2005 MEDCO     BENADRYL 040605              5.00    0.00    557.00   0.00
04/17/2005 MEDCO     ZANTAC/PROZAC/ATENOLOL FO   15.00    0.00    552.00   0.00
04/04/2005 MEDCO     TYLENOL                      0.50    0.00    537.00   0.00
04/04/2005 MEDCO     TYLENOL                      0.50    0.00    536.50   0.00
04/04/2005 MEDCO     TYLENOL X 4                  2.00    0.00    536.00   0.00
03/27/2005 MEDCO     TYLENOL                      0.50    0.00    534.00   0.00
03/27/2005 MEDCO     TYLENOL                      0.50    0.00    533.50   0.00
03/25/2005 MEDCO     TYELNOL X 5                  2.50    0.00    533.00   0.00
03/25/2005 MEDCO     TYLENOL /ANTACID             1.00    0.00    530.50   0.00
03/19/2005 MEDCO     TYLENOL/ANTACID              1.00    0.00    529.50   0.00
03/19/2005 MEDCO     TYLENOL X2                   1.00    0.00    528.50   0.00
03/19/2005 MEDCO     TYLENOL X 3                  1.50    0.00    527.50   0.00
03/19/2005 MEDCO     TYLENOL/ANTACID              1.00    0.00    526.00   0.00
03/19/2005 MEDCO     TYLENOL/ANTACID              1.00    0.00    525.00   0.00
03/19/2005 MEDCO     TYLENOL/ANTACID              1.00    0.00    524.00   0.00
03/12/2005 MEDCO     ANTACID                      0.50    0.00    523.00   0.00
03/12/2005 MEDCO     TYLENOL X 6                  3.00    0.00    522.50   0.00
03/10/2005 MEDCO     VISTARIL 030405              5.00    0.00    519.50   0.00
03/10/2005 MEDCO     ZANTAC/PROZAC/ATENOLOL FO   15.00    0.00    514.50   0.00
02/28/2005 MEDCO     TYLENOL                      0.50    0.00    499.50   0.00
02/28/2005 MEDCO     ANTACID X 2                  1.00    0.00    499.00   0.00
02/28/2005 MEDCO     TYLENOL X 8                  4.00    0.00    498.00   0.00
02/20/2005 MEDCO     TYLENOL/GASTABS              1.00    0.00    494.00   0.00
02/19/2005 MEDCO     TYLENOL X 5                  2.50    0.00    493.00   0.00
02/19/2005 MEDCO     VISTARIL 021105              5.00    0.00    490.50   0.00
02/19/2005 MEDCO     LPN 020205                   1.00    0.00    485.50   0.00
02/19/2005 MEDCO     TYLENOL                      0.50    0.00    484.50   0.00
02/19/2005 MEDCO     TYLENOL                      0.50    0.00    484.00   0.00
02/14/2005 MEDCO     ANTACIDS AND TYLENOL X 10    5.00    0.00    483.50   0.00
02/13/2005 MEDCO     TYLENOL                      0.50    0.00    478.50   0.00
02/12/2005 MEDCO     TYLENOLX  4                  2.00    0.00    478.00   0.00
02/05/2005 MEDCO     ZANTAC/PROZAC/ ATENOLOL F   15.00    0.00    476.00   0.00
01/22/2005 MEDCO     ANTACID X 2                  1.00    0.00    461.00   0.00
01/22/2005 MEDCO     TYLENOL X 10                 5.00    0.00    460.00   0.00
01/22/2005 MEDCO     TITRALAC/TYLENOL             1.00    0.00    455.00   0.00
01/09/2005 MEDCO     ZANTAC/PROZAC/ATENOLOL FO   15.00    0.00    454.00   0.00
12/30/2004 MEDCO     ULTRAM 122804                5.00    0.00    439.00   0.00
12/30/2004 MEDCO     EMT 122304                   1.00    0.00    434.00   0.00
12/30/2004 MEDCO     ER VISIT 122304             10.00    0.00    433.00   0.00
12/30/2004 MEDCO     VISTARIL 121604              5.00    0.00    423.00   0.00
12/18/2004 MEDCO     TYLENOL                      0.50    0.00    418.00   0.00
12/12/2004 MEDCO     LPN/AMOXIL 112404            6.00    0.00    417.00   0.00
12/12/2004 MEDCO     ANTACID X 4                  2.00    0.00    411.50   0.00
12/12/2004 MEDCO     TYLENOL X 6                  3.00    0.00    409.50   0.00
12/12/2004 MEDCO     ATENOLOL/ZANTAC/PROZAC FO   15.00    0.00    406.50   0.00
12/12/2004 MEDCO     TYLENOL X5                   2.50    0.00    391.50   0.00
12/03/2004 MEDCO     TYLENOL/GAS                  1.00    0.00    389.00   0.00
12/03/2004 MEDCO     TYLENOL                      0.50    0.00    388.00   0.00
12/03/2004 MEDCO     TYLENOL/GAS TAB              1.00    0.00    387.50   0.00
12/03/2004 MEDCO     TYLENOL                      0.50    0.00    386.50   0.00
12/03/2004 MEDCO     TYLENOL                      0.50    0.00    386.00   0.00
12/03/2004 MEDCO     GAS TAB                      0.50    0.00    385.50   0.00
12/03/2004 MEDCO     TYLENOL                      0.50    0.00    385.00   0.00
12/03/2004 MEDCO     TYLENOL                      0.50    0.00    384.50   0.00
12/03/2004 MEDCO     TYLENOL                      0.50    0.00    384.00   0.00
--------------------------------------------------------------------------------
                                    Page 1
```

*[Signature: Candy L. Jones]*
7-15-2007

*[Signature: Alice Beverly Reynolds]*
MY COMMISSION EXPIRES
FEBRUARY 6, 2006