page 1

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

Candy L. Towles,
PLAINTIFF

VS.

JOHNNY B DAVIS
DEFENDANTS.

TO Judge CHARLES S. COODY
CIVIL ACTION NO
1:05-CV-662-T
WO

2005 AUG -8 A 9:58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

MR JOHNNY B DAVIS ASKED FOR A MOTION FOR A MORE DEFINITE STATE. This is an answer to the motion for a more definite statement. To MR Johnny B Davis Attorney at Law And to Houston County courts.

MR Johnny B Davis SAID: THAT MY COMPLAINT FAILS TO STATE SUFFICIENTLY THE FOLLOWING ALLEGATION. "My complaint are not allegations, They are facts, On my court case Transcript. AND I would like to be given a chance to prove it.

(1) THE DATE ANY OF THE ALLEGATION ARE SAID TO HAVE TAKEN PLACE. It is on my case summary court Transcript at Houston county court house. And look at the dates on my court transcript. MR Johnny B Davis failed to show up for court days. And failed to Represent me.

(2) THE DUTIES OWED BY THE DEFENDANT TO THE PLAINTIFF THAT WERE BREACHED. MR Johnny B Davis failed to Represent me, failed to give Legal avise and, Did not show up for court Days, And Neglected my case very Badly. And the One court date that MR Johnny B Davis did show up for

over to next page please →

He misrepresented me by letting the courts beleive that I had a drug case with 12 check cases. I have never had a drug charge. I was supposed to be in court on 12 Misdemeanor check cases. And I had my payments up to date on those 12 Misdemeanor check cases. INSTEAD of it being just about checks that day in court room. I feel like I was trialed on drugs an on checks. I have never had a drug charge. I don't have a drug history. But I told the courts I would coorporate and go to the haven. So I did not fail to coorporate with CRO by not going to the haven.

MR Johnny B Davis frauded and misrepresented my case by leading the courts to believe their was drugs involded. And I beleive that the prosecutor had something to do with that. I was not arrested for drugs. I was arrested for 12 Misdemeanor checks. But was prosecuted on drugs and handed a very harsh sentence on 12 Misdemeanor checks. The courts will find NO drug charges, no history of drug problems, any where on my Records. But I still said I would go to the haven. If thats what Houston County courts wanted. And I had my payments up to date with Judge Mendvim. So it was not failure to pay. My payments should be in Houston County courts computer. If not My family has Records and Reciets of payments.

To Judge Charles S Coody
And the Middle District Courts of Alabama

SO THE DUTIES THAT WERE OWED BY THE DEFENDANT Johnny B Davis: WERE TO REPRESENT ME WITH LEGAL HELP AND ADVISE. And to show up for the rest of the court days. But all that was Neglected; My case was Neglected and FrAuded.

(3) THE DAMages SUFFERED BY THE PLAINTIFF.

A. Damages are I have spent a year here at houston county Jail in pain. Because I have needed Sergery and I have Dr. Medical Records that say so. And my medical health, have been neglected, I have not had the proper Medication for my health conditions. while inCarcerated here for a year at Houston County Jail. I am disable and have other health problems. Their not given me any Medical care with. "I'm not getting the Medical care I need.

B. I have lost my land and home that has been in my family for 30 years. DEW to the fact of being incarcerated for a year, here at houston county Jail.

C. Because of No Legal help, I was Denied any Medical help, By Houston county Courts. I had to put my own Motion in for Medical help. It was Denied, Because I had No Legal help. From Attorney Johnny B Davis. I have been forced to Sue Just to get Medical help. And Any Responce ~~on my~~ At all on my case. And I am still being Denied Medical care by Houston County ~~Corts~~ Courts.

over next page please →

D.) I have not got to hold or hug my 2 babies for over a year now. And Court papers say I still have until the year 2007 to go thats a long time to set without Medical care. And I am setting on dead time. On 12 Misdemeanor checks. And this is all. Deu to the fact, that MR Johnny B Davis Attorney at Law failed to Represent me all together. Deu to his neglect of my case, all together. All of my rights were violated for a fail trial or hearing. I Candy Jones cannot get back the damages I have suffered and been put thourgh, And all the heart ache and pain I have been through. BUT ALL I still ASK FOR is Just a Fair hearing or Trial on my case. And have Legal Representation to set things right with my sentence and Court papers.

2) THE PROXIMATE LINK BETWEEN SAID DAMAGES AND ANY ACTION OF THE DEFENDANT. FROM NOVEMBER 7-2003 to Feb-9-2004 the from July 6-2004 to 7-27-2005 threw this year until 2007. I hold Johnny B Davis accountable for what the courts sentence me to. Johnny B Davis took NO Legal action in my case to help Candy Jones.

3) THE PARTICULAR CIRCUMSTANCES CONSTITUTING THE ALLEGED FRAUD/MISREPENTATION AS REQUIRED BY RULE 9(b) of ARCP. MR DAVIS AND the prosecutor frauded by letting the courts believe that their was drugs envold. When I don't have a drug history or drug Record or drug charge

next page please →

To Judge Chareles S Coody
And the Middle District courts of Alabama
FRAUDED, When they put that on my Houston County Court Records about drugs and ~~have~~ haven because MR Davis and The prosecutor Attorney led the Courts to believe I had a drug Record. and drug History. You will not find a drug Record or drug charge because I have never had one, and their is not one. The only court action I should of had was supposed to be on 12 Misdermeaner checks. It was MISREpresentation when, MR Johnny B Davis neglected my check cases all together. My probation should not have been pulled because I had my payments upto date in Houston County.

(6)

THE FACTS AND CIRCUMSTANCES THAT CONSTITUTED THE ALLEGED SLANDER. I was slandered very BADLy, when I was Judged in court on drugs. That had a lot to do with how much of a sentence I was handed down on my check cases. In Houston county Court. My probation was pulled on account of that. I should have not even been Judged on drugs. Just checks. And I had my payments up to date on those checks. My Reciets and Computer payments should have ~~prove~~ been proofed of that. So it should not have been failure to pay on my 12 Misdemeanor check cases. I have NO drug Record No drug Charges. And I would like that taken off of my court papers. Because the Houston County Judge Steensland, Judged and Convicted me on Just hear Say, by the prosecutor and MR Davis's "Say So."

~~And hear say. I was handed down a~~ very harsh sentence because of the prosecutor and My Court Appointed Attorney lied and Frauded in ~~it~~ Houston County Courts that day. And failed to show up for other ~~Short Dates~~.

(1) THE ~~RELIFE~~ RELIEF SOUGHT BY THE PLAINTIFF.

(A) I would like to have Legal Representation by an attorney, So I can get Legal help and advise. I would like to get some Medical care that I need while incarcerated at Houston County Jail. AND I Need Sergery. This is on Medical Record

(B) I can't Replace my home and ~~#~~ Land I Lost, DEW to the fact I have been incarcerated for over a year, here in Jail in Houston County. I hold MR Johnny B Davis Responsible and the prosecutor, for me loseing my home. Because you can't take care of Your bills and home behind bars. You can't pay anything setting behind bars. If the prosecutor and MR Johny B Davis had not of FRAuded and Neglected My Court Case. I ~~Might~~ would not ~~to~~ have had to spend this whole year incarcerated. And would not have lost everything I and My children owned.

(C) AND the time I have lost, by not being in my 2 babies life for over a year. I can't get back. I have not been able to hug or hold my 2 babies in over a year.

(D) THE RELIEF I want is for my court sentence and housto county Transcript to be corrected I want anything to do with drugs taken off my Court Transcript. Because I was Judge ~~for~~ it.

next page please

To Judge Charles S. Coody
And the Middle District courts of Alabama.

(E.) And I want my sentence corrected and prehaps my probation Reinstated since I had my payments up to date with Judge Mendium on check cases And I would like to get some help with the Medical care, and sergery that I need. While incarcerated here in houston County.

Because I had my payments up, my probation should have never been pulled.

1  MR Johnny B DAVIS SAID: THAT MY COMPLAIT FAILS TO PUT THE DEFENDANT WHICH IS MR Johnny B DAVIS, ON PROPER NOTICE OF CIVIL CLAIMS ARISING UNDER THE LAWS OF ALABAMA. I think a years worth of pleading and begging for help in wrighting is enough Notice, Under the Civil Rights Claim arising under the laws of Alabama. I have spent a year here in this Jail, And yes I am very upset. And had to go through pain and suffering, Because I have been incarcerated without the proper Medical care, for year. And the heartach of not getting to hold or hug my 2 babies for over a year. And their home is gone.

②. THE DEFENDANT WHICH IS JOHNNY B DAVIS ASKED, THE COURTS TO ORDER THE PLAINTIFF WHICH IS CANDY JONES TO GIVE A MORE DEFINITE, STATEMENT OF HER CLAIMS AGAINST THE DEFENDANT. I Candy Jones the plaintiff, Now

over on next page →

gives a definite statement of my claims By answering MR Johnny B Davis Certificate of Service.

I ~~appeal~~ MR Davis Cerificate of Service, And I Answered MR Johnny B Davis Motion for a More Definite Statement.

I give my Statement to the courts of Houston County Alabama, And to MR Johnny B Davis attorney at LAW. AND TO THE COURT OF THE UNITED STATES. FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION.

PLAINTIFF
Candy Jones
Inmate # 54024 TR
901 East Main street
Dothan AL, 36301

DEFENDANT ADDRESS
Johnny B Davis Attorney AT Law.
183 Kings Court
Ozark Alabama 36360

Case N, Civil Action No 1:05-CV-662-T WO

Date 8-1-2005
TO Judge CHARLES S COODY
~~CHIEF~~ UNITED STATES ~~STATES~~
MAGISTRATE JUDGE
Office Of The Clerk
United States District Court
    P.O. BOX 711
Montgomery Alabama 36101-0711

Alice Beverly Reynolds

MY COMMISSION EXPIRES
FEBRUARY 6, 2006