```
ACR0372                    ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2003 002591.00
OPER: PHT                         CASE ACTION SUMMARY
PAGE:    1                         DISTRICT   CRIMINAL
                                                                    RUN DATE: 11/12/2003
   THE DISTRICT COURT OF HOUSTON
                                                                    JUDGE: MJS
STATE OF ALABAMA                      VS    JONES CANDY L
                                            1354 RIVER ROAD
CASE: DC 2003 002591.00
                                            SAMSON, AL  36477 0000

DOB: 11/04/1970       SEX: F  RACE: W  HT: 5 02  WT: 110  HR: BLN  EYES: BLU
SSN: 418980702  ALIAS NAMES:

CHARGE01: NEGOTIATING WORTHLES  CODE01: NWNI  LIT: NWNI  BIG/LITTL TYP: M #: 001
OFFENSE DATE: 10/25/2002                    AGENCY/OFFICER: 0380000 GLOVER

DATE WAR/CAP ISS:                           DATE ARRESTED: 11/10/2003
DATE    INDICTED:                           DATE   FILED: 11/10/2003
DATE    RELEASED:                           DATE HEARING: 11/12/2003
BOND      AMOUNT:         $300.00           SURETIES:

DATE 1: 11/12/2003   DESC: APPD             TIME: 0200 P
DATE 2:              DESC:                  TIME: 0000

TRACKING NOS:

   DEF/ATY: Hon. Johnny Davis    TYPE: A                          TYPE:
                         00000                                           00000

PROSECUTOR:


OTH CSE:  000000000000  CHK/TICKET NO: 03-1457         GRAND JURY:
COURT REPORTER:                  SID NO:   000000000
     STATUS: JAIL                DEMAND:
                                                                  OPER: PHT
DATE           ACTIONS, JUDGEMENTS, AND NOTES
```

| Date | Actions, Judgements, and Notes |
|---|---|
| 11-10-2003 | DEFENDANT ARRESTED ON WARRANT. TRIAL DATE SET DECEMBER 23, 2003, 8:30 A.M., SECOND FLOOR, ROOM 230. |
| 11-12-2003 | Defendant before the Court and advised of his/her rights, Hon. J Davis is appointed counsel for the Defendant. — DISTRICT JUDGE |
| | CRO referral as cond. of bond. [signature] |
| 11-13-2003 | Copy of CRO/warrant put in atty's box |
| 12/04/03 | Based upon report from CRO that defendant has refused to cooperate with Spectra Care regarding drug/alcohol treatment. Bond is revoked. Clerk to notify. —JUDGE |
| 2/2/03 | Cont. for S to 2/9/03 [signature] Judge |
| 12-23-03 | cont |

2/4/04 — Δ atty. not present; ordered not submit a voucher; Δ adv. of cts, waives rt. to atty.; Sent to 12 mos, $25 VCF + cost, restitution; Prob. Hrg. set 2/19/04 @ 1:30; Clerk req. to send all other files of Δ @ that time — BMcClin, Judge

2-10-2004 Copy of CAS put in atty's box.

2/05/04  ~~Probation denied.~~ Defendant placed on Order of ~~Suspended And/Or~~ Work Release Sentence under terms and conditions of Work Release and to cooperate fully with CRO. Clerk to notify Attorney Davis.   —JUDGE
Pay $100/mo. beg. 3-4-04

2-25-04 Copy of CAS put in atty. box

4-21-04  Motion for alias by CCO
5-12-04  Motion granted - no bond
5-13-04  alias in

7-6-04   Rec - alias

7-7-04   Defendant before the Court and advised of his/her rights, Hon. _____ is appointed counsel for the Defendant.   Rev. hrg. set 7-26-04 8:30 a.m.

_____, JUDGE
DISTRICT JUDGE