**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 22, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Jones v. Steensland et al

Case Number:   1:05-cv-00662-T

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 6   filed on   August 22, 2005 .**