IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF Alabama SOUTHERN DIVISION

Candy L Jones
  VS. Plaintiff
Johnny B Davis, et al,
Judge Steensland

Civil Action NO
1:05-CV-662-T
WO

## OBJECTION TO THE RECOMMEDATION

It was ORDERED THAT ON OR BEFORE AUGUST 22-2005 THE PARTIES MAY FILE OBJECTIONS TO THIS RECOMMEDATION OF CIVIL ACTION NO 1:05-CV-66T WO.

I Candy L Jones FILE OBJECTION, TO THE RECOMMEDATION, TO THE MAGISTRATE JUDGE.

I am sending a copy of My case Action summary THE courts pulled my probation Because MR Johnny B Davis Led the courts to believe I had a drug Record and would no cooperate with CRO by not going to the haven.

I told the courts I would go the haven. BUT I do not have a drug Record or drug history But MR Johnny B Davis And The prosecutor Attorney Still Led the Judge steensland to believe I had a drug Record. MR Judge steensland could have looked up my Records and seen I don't have a drug Record. But I guess the Judge Just did not want to take the time. So Judge Steensland Just Beleived The Slander That MR Johnny B Davis and the Prosecutor accused me of. My Bond probation was pulled Because of that Slander. (over on back please →

I do not have a drug record or drug history Mendheim anywhere. And I made my payments to Judge Mendheim I made all my payments. BUT when I would not sign the papers that the prosecutor had on drugs, They give me 2 years dead time I will still owe 12000.00. after I do the dead time. My checks should not be 12000.00. The prosecutor made a 20.00 dollar check a 1000.00. And the reason I would not sign the papers on drugs is because My Attorney Johnny B Davis scared me when MR Johnny B Davis and the prosecutor got to telling lies. Slander. They Led the Judge to believe I had a drug Record. I told them I would go to the haven. But I don't have a drug Record. Then the prosecutor told me to signs some papers saying that I have a drug history. when I don't have one They were scareing me. They slandered me very badly in Court. My probation + bond got pulled because of their slander. And I have already Been incarcerated over a year now and have until the year 2007 to go on dead time. And I did make my payments.
And I do need sergery still. It is on Dr. Medical Records. But My Medical was even Denied. By the Courts.

<u>With this letter I am filing OBJECTIONS of the Court Recommendation.</u> with the District Court of the United States FOR the Middle District of Alabama Southern Division.

Candy Jones
Inmate # 54024 TK
901 East Main Street
Dothan AL 36301
case no 1:05-cv-662-T Wo

Date August 15, 2005
Jacque Annette Butler
NOTARY
My Commission Expires 7-9-08

MY cases should have been on 12 M. sDemeanor checks. not on drugs. And I had other court days. And MR Johnny B Davis never shows up for any other court days.

Candy L Jones
Signature of Affiant