```
ACR0372            ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2003 002571.00
OPER: PHT                   CASE ACTION SUMMARY
PAGE:   1                   DISTRICT  CRIMINAL              RUN DATE: 11/12/2003
===================================================================================
                                                                      JUDGE: MJS
   THE DISTRICT COURT OF  HOUSTON
STATE  OF  ALABAMA                    VS      JONES CANDY L
CASE: DC 2003 002571.00                       1354 RIVER ROAD

                                              SAMSON, AL   36477 0000

DOB: 11/04/1970        SEX: F  RACE: W  HT: 5 02  WT: 110  HR: BLN EYES: BLU
SSN: 418920702   ALIAS NAMES:
===================================================================================
CHARGE01: NEGOTIATING WORTHLES CODE01: NWWI  LIT: NWWI BIG/LITTL TYP: M #: 001
OFFENSE DATE: 10/25/2002                  AGENCY/OFFICER: 0380000 GLOVER
DATE WAR/CAP ISS:
DATE     INDICTED:                    DATE ARRESTED: 11/10/2003
DATE    RELEASED:                     DATE    FILED: 11/12/2003
BOND      AMOUNT:          $300.00    DATE  HEARING:
                                           SURETIES:
DATE 1: 11/12/2003   DESC: APPD           TIME: 0200 P
DATE 2:              DESC:                 TIME: 0000
TRACKING NOS:
   DEF/ATY: Hon. Johnny Davis  TYPE: A
                          00000                              TYPE:
PROSECUTOR:                                            00000
===================================================================================
OTH CSE:  000000000000 CHK/TICKET NO: 03-1457        GRAND JURY:
COURT REPORTER:                  SID NO:    000000000
   STATUS: JAIL                  DEMAND:                        OFER: PHT
===================================================================================
DATE      ACTIONS,  JUDGEMENTS,  AND  NOTES
===================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11-10-2003 | DEFENDANT ARRESTED ON WARRANT.  TRIAL DATE SET DECEMBER 23, 2003, 8:30 A.M., SECOND FLOOR, ROOM 230. |
| IE-12-2003 | ~~Defendant before the Court and advised of~~ his/her rights, Hon. ~~J. Davis~~ is appointed counsel for the Defendant. _____ DISTRICT JUDGE |
| 11-13-2003 | CRO refund as cord of court B Mullin Copy of CAS/Warrant Put in attys box |
| 12/04/03 | Based upon report from CRO that defendant has refused to cooperate with Spectra Care regarding drug/alcohol treatment.  Bond is revoked. Clerk to notify. _____JUDGE |
| 2/23/03 12.23.03 | Cont for S to 2/4/03 Mullin, Judge |

2/4/04 △ atty. not present; could not submit a voucher; △ adv. of rts., waives rt. to atty., sent to 12 mos, $25 VCF + cost restitution; Prob. hrg. set 2/19/04 @ 1:30; Clerk reg. to send all other files of △ @ that time - Bmdhin.

Judge

2-10-2004 Copy of CAS put in atty's box.

---

2/05/04 ~~Probation denied.~~ Defendant placed on Order of ~~Suspended And/Or~~ Work Release Sentence under terms and conditions of Work Release and to cooperate fully with CRO. Clerk to notify Attorney Davis.

Pay $100/mo. beg. 3-4-04

—JUDGE

2-25-04 copy of CAS put in atty. box

4-21-04 motion for alias by CCO

5-12-04 Motion granted - No bond

5-13-04 alias is.

7-6-04 Rec - alias

7-7-04 Defendant before the Court and advised of his/her rights, Hon. _____ is ~~appointed counsel for the Defendant.~~

Rev. hrg. set 7-26-04 8:30 a.m.

~~DISTRICT JUDGE~~ JUDGE