IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CANDY L. JONES,                    )<br>                                    )<br>    Plaintiff,                    )<br>                                    )<br>    v.                              )<br>                                    )<br>JOHNNY B. DAVIS,                    )<br>Attorney at Law, and                )<br>JOHN STEENSLAND, Judge,             )<br>                                    )<br>    Defendants.                     ) | CIVIL ACTION NO.<br>1:05cv662-T<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 6) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 5) is adopted.

(3) Plaintiff's § 1983 claims against defendants John Steensland and Johnny B. Davis are dismissed with prejudice pursuant to 28 U.S.C.A. §

    1915(e)(2)(B)(i) and (ii).

(4) Plaintiff's challenges to the revocation of probation and to the constitutionality of the sentence imposed are dismissed without prejudice pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(ii).

(5) This case is dismissed in its entirety prior to service of process pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i) and (ii).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of August, 2005.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE