United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W
Atlanta, Georgia 30303

Candy L. Jones
　Plaintiff
V.
Johnny B Davis
Attorney at Law
AND John Steensland, Judge
　Defendants

RECEIVED
2005 SEP -2 A 9 21

CIVIL ACTION NO.
1:05CV662-T
(WO)

OFFICE OF THE Clerk
United States District Court
IN Montgomery Alabama

　　This is MY, Candy Jones appeal, on the Judgement; that Judge Myron H. Thompson Entered into the Courts.
　　I AM Appealing on the Grounds of that ① I Made my payments to the Courts.
No ② I don't have a drug Record or drug history. AND Houston County prosecutor and Attorney MR. Johnny B Davis Led the Courts to believe I had a drug Record, The prosecutor and Attorney Johny B Davis went as far as having me Court ORDERED to the haven for drugs. My probation Should not have been pulled on the Slander, that MR Johnny B Davis and the prosecutor Commited against me. I don't have a drug Recorded anywhere.
③ I Lost My home, That was my family's for 30 years because of their slander I was put in Jail, and have been in Jail for over a year now, I Could not pay my Bills locked up.
　　　　　　　　　　　　　over please →

in Houston County Jail. Because of the prosecutor and Mr. Johnny B Davis slander on Drugs; I lost my home, and I have not been able to hold or hug my 2 children in over a year, AND the courts said I still have to be locked up until the year 2007. AND the courts said I was setting on Dead time. Ground (4) Houston County Courts Denied me any Medical care. I have Medical Records that Say I Need Surgery. I also am Disabled I have a lot of health care problems I need medical care with. But I was Denied Medical Care By Judge John Steensland.

So This is MY; Candy Jones an Inmate's APPEALS to the UNITED STATES COURT OF APPEALS

Candy Jones
Inmate #54024 TR
901 EAST MAIN STREET
DOTHAN AL, 36301

Sincerely
Candy L Jones
Plaintiff

Date 8-31-2005

I sent a certified hand written letter to The United States Courts of appeal, ELEVENTH Circuit
56 Forsyth Street, N.W
ATLANTA, GEorgia 30303

I sent it Certified and Notarised. Where I am appealing Decision made on my case.

Alice Beverly Reynolds

MY COMMISSION EXPIRES
FEBRUARY 6, 2006