IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 05-14982-J

CANDY L. JONES,

                                       Plaintiff-Appellant,

versus

JOHNNY B. DAVIS,
JOHN STEENSLAND,

                                       Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before ANDERSON, BIRCH and WILSON, Circuit Judges.

BY THE COURT:

      Appellant has filed a motion for reconsideration of this Court's order, dated November 3, 2005, denying her motion for leave to proceed on appeal. Upon reconsideration, appellant's motion for leave to proceed is DENIED, and the appeal is DISMISSED because it is frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); Heck v. Humphrey, 512 U.S. 477, 486-87, 114 S.Ct. 2364, 2372, 129 L.Ed. 2d 383 (1994); Polk County v. Dodson, 454 U.S. 312, 325, 102 S.Ct. 445, 453, 70 L.Ed.2d 509 (1981); Datz v. Kilgore, 51 F.3d 252, 253 (11th Cir. 1995).

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia